1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KAISER AND LOGAN KERWIN**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>The Progressive Corporation, Blue Hill Specialty Insurance Company Inc., and DOES 1-100,<br><br>Defendants, | CASE NO. 4:25-cv-09900-HSG<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT**<br><br>*[Filed concurrently with Stipulation Extending Time for Defendants' Response to Complaint; and Declaration of Kymberly Kochis]* |

ORDER

**NOW, THEREFORE**, having reviewed the parties' Stipulation Extending Time for Defendants' Response to Complaint, the Court **ORDERS** that:

1. Defendants shall have until February 10, 2026, to file their responsive pleading;
2. Plaintiffs shall have until March 10, 2026, to file an opposition;
3. Defendants shall have until March 27, 2026, to file a reply.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/15/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE