Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
**MADAR LAW CORPORATION**
630 1st Ave, Ste 219
San Diego, CA 92101
Telephone: (858) 299-5879
Facsimile: (619) 354-7281

Michael A. VanGalio, Esq. (SBN: 314675)
michael@vangaliolaw.com
**VANGALIO LAW CORP**
7710 Hazard Center Dr. Ste E401
San Diego, CA 92108
Telephone: (805) 720-3938

Andrea R. Gold (*admitted pro hac vice*)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

*Attorneys for Plaintiffs and the Proposed Class*

EVERSHEDS SUTHERLAND (US) LLP
Tanvi K. Shah (CA Bar No. 32931)
(tanvishah@eversheds-sutherland.com)
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone:    (858) 252-6502
Facsimile:    (858) 252-6503

EVERSHEDS SUTHERLAND (US) LLP
Kymberly Kochis (admitted pro hac vice)
(kymkochis@eversheds-sutherland.com)
1114 Avenue of Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5068
Facsimile:    (212) 389-5099

*Attorneys for Defendants The Progressive Corporation and Blue Hill Specialty Insurance Company Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KAISER and LOGAN KERWIN *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROGRESSIVE CORPORATION, BLUE HILL SPECIALTY INSURANCE COMPANY INC., and DOES 1-100, <br><br> Defendants. | Case No. 4:25-cv-09900-HSG <br><br> **JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION; ORDER** <br><br> Hon. Haywood S. Gilliam Jr. |

Plaintiffs, Daniel Kaiser and Logan Kerwin, and Defendants, The Progressive Corporation ("Progressive") and Blue Hill Specialty Insurance Company Inc. ("Blue Hill") (collectively, "Defendants"), through their respective undersigned counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on November 18, 2025 (ECF No. 1);

WHEREAS, the Parties previously filed a Joint Stipulation wherein they agreed upon and sought an extension of Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint, which set that deadline for February 10, 2026 (ECF No. 13);

WHEREAS, the Parties prior Joint Stipulation also agreed upon and requested that Plaintiffs be given until March 10, 2025 to file an opposition to any motion to dismiss that Defendants filed in response to the Complaint (ECF No. 13);

WHEREAS, the Court granted the Parties prior Joint Stipulation (ECF No. 15);

WHEREAS, on February 10, 2026, Defendants each filed a Motion to Dismiss and Defendants jointly filed a Motion to Compel Arbitration (ECF Nos. 27 – 29);

WHEREAS, after Defendants filed their aforementioned motions, the Court entered a notice on the docket setting Plaintiffs' deadline to oppose Defendants' Motions to Dismiss for March 10, 2026 and Defendants' deadline to file any reply in support thereof for March 27, 2026, in accordance with the Parties' prior Joint Stipulation (ECF Nos. 13, 30);

WHEREAS, Plaintiffs' deadline to file any opposition to Defendants' Motion to Compel Arbitration is February 24, 2026 and Defendants' deadline to file any reply in support of the Motion to Compel Arbitration is March 3, 2026 (ECF No. 29);

WHEREAS, the Parties have conferred and have agreed to extend the time by which Plaintiffs must file their opposition to Defendants' Motion to Compel Arbitration and have agreed to the following schedule, which tracks the schedule for briefing on Defendants' Motions to Dismiss:

- Plaintiffs' opposition to Defendants' Motion to Compel Arbitration shall be due by March 10, 2026;

- Defendants' reply in support of the Motion to Compel Arbitration shall be due by March 27, 2026;

2

WHEREAS, the Parties have conferred and request, subject to the Court's approval and availability, that a hearing on Defendants' Motion to Compel Arbitration be scheduled for the same date as any hearing on Defendants' Motions to Dismiss or as soon thereafter as convenient for the Court;

NOW THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request, that the Court issue an order entering the following schedule for Defendants' Motion to Compel Arbitration:

(1)   Plaintiffs' opposition to Defendants' Motion to Compel Arbitration shall be due by March 10, 2026;

(2)   Defendants' reply in support of the Motion to Compel Arbitration shall be due by March 27, 2026;

**IT IS SO STIPULATED.**

Date: February 23, 2026                    Respectfully submitted,

*/s/ Andrea R. Gold*
Andrea R. Gold (*admitted pro hac vice*)
*agold@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

*Attorneys for Plaintiffs and the Proposed Class*

Date: February 23, 2026                    Respectfully submitted,

*/s/ Kymberly Kochis (with consent)*
Kymberly Kochis (*admitted pro hac vice*)
*kymkochis@eversheds-sutherland.com*
**EVERSHEDS SUTHERLAND LLP**
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5068

*Attorneys for Defendants*

STIPULATION AND ORDER
CASE NO. 4:25-CV-09900-HSG

**ATTESTATION**

I, Andrea Gold, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Date: February 23, 2026                    Respectfully submitted,

                                           /s/ Andrea R. Gold
                                           Andrea R. Gold

                                           *Attorneys for Plaintiffs and the Proposed Class*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/23/2026

                                           Honorable Haywood S. Gilliam Jr.
                                           United States District Judge

STIPULATION AND ORDER
CASE NO. 4:25-CV-09900-HSG