Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
**MADAR LAW CORPORATION**
630 1st Ave, Ste 219
San Diego, CA 92101
Telephone: (858) 299-5879
Facsimile: (619) 354-7281

Michael A. VanGalio, Esq. (SBN: 314675)
michael@vangaliolaw.com
**VANGALIO LAW CORP**
7710 Hazard Center Dr. Ste E401
San Diego, CA 92108
Telephone: (805) 720-3938

Andrea R. Gold (*admitted pro hac vice*)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Frank A. Bartela (admitted *pro hac vice*)
fbartela@tzlegal.com
Patrick J. Brickman (admitted *pro hac vice*)
pbrickman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2515 Jay Ave., First Floor
Cleveland, OH 44113

*Attorneys for Plaintiffs and the Proposed Class*

**EVERSHEDS SUTHERLAND (US) LLP**
Tanvi K. Shah (CA Bar No. 329391)
tanvishah@eversheds-sutherland.com
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone:    (858) 252-6502
Facsimile:    (858) 252-6503

**EVERSHEDS SUTHERLAND (US) LLP**
Kymberly Kochis (admitted *pro hac vice*)
kymkochis@eversheds-sutherland.com
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5068
Facsimile:    (212) 389-5099

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KAISER AND LOGAN KERWIN**, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>The Progressive Corporation, Blue Hill Specialty Insurance Company Inc., and DOES 1-100,<br><br>        Defendants. | CASE NO. 4:25-cv-09900-HSG<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:  November 18, 2025<br>Amended Complaint Filed: March 10, 2026 |

Plaintiffs Daniel Kaiser and Logan Kerwin ("Plaintiffs") and Defendants, through their respective counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint on November 18, 2025;

**WHEREAS**, on February 10, 2026, The Progressive Corporation and Blue Hill Specialty Insurance Company Inc. (the "Original Defendants") each filed a Motion to Dismiss and Defendants jointly filed a Motion to Compel Arbitration (ECF Nos. 27–29);

**WHEREAS**, after the Original Defendants filed their aforementioned motions, the Court entered a notice on the docket setting Plaintiffs' deadline to oppose the Original Defendants' Motions to Dismiss for March 10, 2026, and Defendants' deadline to file any reply in support thereof for March 27, 2026, in accordance with the Parties' prior Joint Stipulation (ECF Nos. 13, 30);

**WHEREAS**, the Parties previously filed a Joint Stipulation wherein they agreed upon and set a briefing schedule for Defendants' Motion to Compel Arbitration (ECF No. 35);

**WHEREAS,** the Court granted the Parties' prior Joint Stipulation (ECF No. 36);

**WHEREAS**, the Parties met and conferred and agreed to an extension of Plaintiffs' deadline to file their Amended Complaint from March 3, 2026, to March 10, 2026;

**WHEREAS**, Plaintiffs filed their First Amended Class Action Complaint ("Amended Complaint") on March 10, 2026 (ECF No. 43);

**WHEREAS**, considering Plaintiffs' Amended Complaint, the Parties met and conferred and agreed to set the deadline for Defendants' responsive pleadings to Plaintiffs' Amended Complaint (including motions to dismiss and compel) for April 7, 2026;

**WHEREAS**, the Parties also agreed that Plaintiffs will have until May 5, 2026, to file any oppositions, and Defendants will have until May 19, 2026, to file their replies; and

**WHEREAS**, the Parties agree that they would both benefit from additional time to prepare their respective pleadings and that good cause exists to amend the schedule because of the Amended Complaint.

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, and respectfully request, that the Court issue an order entering the following schedule:

1. Defendants shall have until April 7, 2026 to file their responsive pleadings, including, their motions to dismiss and motion to compel arbitration;

2. Plaintiffs shall have until May 5, 2026, to file their oppositions;

3. Defendants shall have until May 19, 2026, to file their replies.

**IT IS SO STIPULATED**.

March 12, 2026

**TYCKO & ZAVAREEI LLP**

*/s/ Frank A. Bartela*
Frank A. Bartela (admitted *pro hac vice*)
fbartela@tzlegal.com
Patrick J. Brickman (admitted *pro hac vice*)
pbrickman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2515 Jay Ave., First Floor
Cleveland, OH 44113

Andrea R. Gold (*admitted pro hac vice*)
*agold@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
**MADAR LAW CORPORATION**
630 1st Ave, Ste 219
San Diego, CA 92101
Telephone: (858) 299-5879
Facsimile: (619) 354-7281

Michael A. VanGalio, Esq. (SBN: 314675)
michael@vangaliolaw.com
**VANGALIO LAW CORP**
7710 Hazard Center Dr. Ste E401
San Diego, CA 92108
Telephone: (805) 720-3938

*Attorneys for Plaintiffs and the Proposed Class*

March 12, 2026

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Kymberly Kochis (with consent)*
Kymberly Kochis (admitted *pro hac vice*)
kymkochis@eversheds-sutherland.com
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5068
Facsimile:    (212) 389-5099

Tanvi K. Shah (CA Bar No. 329391)
tanvishah@eversheds-sutherland.com
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone:    (858) 252-6502
Facsimile:    (858) 252-6503

*Attorneys for Defendants*

**ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 12, 2026                          /s/ Frank A. Bartela

                                               Frank A. Bartela


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 3/13/2026

                              Honorable Haywood S. Gilliam Jr.
                              United States District Judge