Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
**MADAR LAW CORPORATION**
630 1st Ave, Ste 219
San Diego, CA 92101
Telephone: (858) 299-5879

Michael A. VanGalio, Esq. (SBN: 314675)
michael@vangaliolaw.com
**VANGALIO LAW CORP**
7710 Hazard Center Dr. Ste E401
San Diego, CA 92108
Telephone: (805) 720-3938

Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Frank A. Bartela (admitted *pro hac vice*)
fbartela@tzlegal.com
Patrick J. Brickman (admitted *pro hac vice*)
pbrickman@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2515 Jay Ave., First Floor
Cleveland, OH 44113
Telephone: (202) 973-0900

*Attorneys for Plaintiffs and the Proposed Class*

EVERSHEDS SUTHERLAND (US) LLP
Tanvi K. Shah (CA Bar No. 329391)
(tanvishah@eversheds-sutherland.com)
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone:    (858) 252-6502
Facsimile:    (858) 252-6503

EVERSHEDS SUTHERLAND (US) LLP
Kymberly Kochis (admitted *pro hac vice*)
(kymkochis@eversheds-sutherland.com)
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5068
Facsimile:    (212) 389-5099

*Attorneys for Defendants*
*The Progressive Corporation and Blue Hill*
*Specialty Insurance Company Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL KAISER AND LOGAN KERWIN**, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>The Progressive Corporation, Blue Hill Specialty Insurance Company Inc., and DOES 1-100,<br><br>           Defendants. | CASE NO. 4:25-cv-09900-HSG<br><br>**JOINT STIPULATION CONTUINUING HEARING ON DEFENDANTS' MOTIONS; ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: November 18, 2025 |

Defendants The Progressive Corporation ("Progressive") and Blue Hill Specialty Insurance Company Inc. ("Blue Hill") (collectively, "Defendants"), and Plaintiffs Daniel Kaiser and Logan Kerwin ("Plaintiffs"), through their respective counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint on November 18, 2025;

**WHEREAS**, on February 10, 2026, Defendants each filed a Motion to Dismiss and Defendants jointly filed a Motion to Compel Arbitration (ECF Nos. 27–29);

**WHEREAS**, after Defendants filed their aforementioned motions, the Court entered a notice on the docket setting Plaintiffs' deadline to oppose Defendants' Motions to Dismiss for March 10, 2026 and Defendants' deadline to file any reply in support thereof for March 27, 2026, in accordance with the Parties' prior Joint Stipulation (ECF Nos. 13, 30);

**WHEREAS**, the Parties then filed a Joint Stipulation wherein they agreed upon and set a briefing schedule for Defendants' Motion to Compel Arbitration (ECF No. 35);

**WHEREAS,** the Court granted the Parties' prior Joint Stipulation (ECF No. 36);

**WHEREAS**, Plaintiffs timely filed their First Amended Complaint on March 10, 2026 (ECF No. 43);

**WHEREAS**, considering Plaintiffs' Amended Complaint, the Parties then filed a Joint Stipulation wherein they agreed upon and proposed a briefing schedule Defendants' responsive pleadings to Plaintiffs' Amended Complaint (ECF No. 46);

**WHEREAS**, Defendants then timely filed their responsive Motions to Dismiss (ECF No. 50, 51) and Motion to Compel Arbitration (ECF No. 52) on April 7, 2026 (the "Motions");

**WHEREAS**, Plaintiffs timely filed their oppositions to Defendants' Motions on May 5, 2026 (ECF Nos. 53 – 55);

**WHEREAS**, Defendants timely filed their replies in support of Defendants' Motions on May 19, 2026 (ECF Nos. 56 – 58);

**WHEREAS**, the hearing on Defendants' Motions is currently set for June 4, 2026;

**WHEREAS**, the Parties have met and conferred and, due to a unforeseen scheduling conflict on the part of Plaintiffs' counsel, the Parties have agreed to seek a continuance of the hearing on

Defendants' Motions to July 30, 2026, a date which the Parties understand is available on the Court's calendar;

WHEREAS, good cause exists to continue the hearing because of the unforeseen scheduling conflict and in light of the Parties' agreement to this brief continuance of the hearing.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and respectfully request, that the Court issue an order continuing the hearing on Defendants' Motions to July 30, 2026.

IT IS SO STIPULATED.

Date: May 27, 2026

TYCKO & ZAVAREEI LLP

/s/ Frank A. Bartela
Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Ave, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Frank A. Bartela (admitted *pro hac vice*)
fbartela@tzlegal.com
Patrick J. Brickman (admitted *pro hac vice*)
pbrickman@tzlegal.com
TYCKO & ZAVAREEI LLP
2515 Jay Ave., First Floor
Cleveland, OH 44113

Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
MADAR LAW CORPORATION
630 1st Ave, Ste 219
San Diego, CA 92101
Telephone: (858) 299-5879
Facsimile: (619) 354-7281

Michael A. VanGalio, Esq. (SBN: 314675)
michael@vangaliolaw.com
VANGALIO LAW CORP
7710 Hazard Center Dr. Ste E401
San Diego, CA 92108
Telephone: (805) 720-3938

*Attorneys for Plaintiffs and the Proposed Class*

May 27, 2026                                   **EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Kymberly Kochis*
Tanvi K. Shah (CA Bar No. 329391)
([tanvishah@eversheds-sutherland.com](mailto:tanvishah@eversheds-sutherland.com))
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone:    (858) 252-6502
Facsimile:    (858) 252-6503

Kymberly Kochis (admitted *pro hac vice*)
([kymkochis@eversheds-sutherland.com](mailto:kymkochis@eversheds-sutherland.com))
1114 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone:    (212) 389-5068
Facsimile:    (212) 389-5099

*Attorneys for Defendants*
*The Progressive Corporation and Blue Hill*
*Specialty Insurance Company Inc.*

---

**ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 27, 2026

/s/ Frank A. Bartela
Frank A. Bartela, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/29/2026

Honorable Haywood S. Gilliam Jr.
United States District Judge

---

**JOINT STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTIONS**

5